UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-mj-03469-Hernandez

UNITED STATES OF AMERICA

v.

LANCE RICARDO DWYER,
Defendant.
_______________________________/

FILED BY JP D.C.

Aug 12, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIami

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Nadia Rossbach*
Nadia Rossbach
Assistant United States Attorney
FL Bar No. A5503415
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132
(305) 961-9343
Nadia.Rossbach@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
Lance Ricardo Dwyer
Defendant(s)

Case No. 1:26-mj-03469-Hernandez

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 12, 2026 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful Transfer or Possession of Machineguns |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Alexis J. Kelly, Special Agent, ATF, Badge #2930
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone

Date: 8/12/2026

[signature]
*Judge's signature*

City and state: Miami, Florida

Honorable Yeney Hernandez, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Alexis J. Kelly, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since June 2021. I am currently assigned to the ATF Miami Field Division, HIDTA South. I have received training in firearms trafficking investigations, firearms identification, search warrants, and the collection and analysis of evidence. During my career, I have participated in numerous investigations involving firearms trafficking, machineguns, narcotics trafficking, violent crime, and organized criminal enterprises.

2. I submit this affidavit in support of a criminal complaint charging Lance Ricardo Dwyer ("DWYER") with knowingly possessing machineguns, in violation of Title 18, United States Code, Section 922(o).

3. The facts set forth in this affidavit are based on my personal knowledge, information provided to me by other law enforcement officers, and my review of records and evidence obtained during this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known to me concerning this investigation.

**PROBABLE CAUSE**

4. Prior to August 12, 2026, ATF had been investigating DWYER for possessing and transferring machineguns, including machinegun conversion devices ("MCDs"). As part of the investigation, ATF obtained multiple packages containing MCDs that Homeland Security

Investigations and Customs and Border Protection had previously seized after they were shipped from China to 3930 NW 173rd Terrace, Miami Gardens, Florida 33055 (the "Residence").

5. As part of the investigation, an undercover ATF agent ("UC") arranged to purchase firearms and MCDs from DWYER at the Residence. On August 6, 2026, the UC asked DWYER via text message for additional firearms and "metal drop ins," a term used during the investigation to refer to MCDs. DWYER and the UC negotiated a price for three fully built privately made firearms ("PMFs") with MCDs installed and agreed to complete the transaction the following week. On August 11, 2026, the UC confirmed with DWYER via text message that the UC would arrive at the Residence the following day at approximately 12:00 to 12:30 p.m. to complete the purchase.

6. On August 12, 2026, law enforcement executed federal search warrants for the Residence and DWYER's person. When law enforcement entered the Residence, DWYER was in a bedroom where agents later recovered multiple firearms and MCDs. Agents also recovered DWYER's driver's permit, passport, and packages addressed to him from that bedroom.

7. During the search of that bedroom, agents recovered a bag containing three PMFs matching the description of the firearms DWYER had discussed selling to the UC. Two of the PMFs had MCDs installed. The third PMF was disassembled inside the bag, and agents recovered an uninstalled metal MCD from the same bag. Agents also recovered four additional MCDs from the bedroom: two blue plastic AR-style MCDs, one white plastic AR-style MCD, and one Glock-type plastic MCD. Agents also recovered a Glock Model 22, .40-caliber firearm, bearing serial number BYWD524, with a frame modified to receive an MCD; a finished 3D-printed Glock-type PMF frame modified to receive an MCD; a Springfield XDS .45-caliber firearm, bearing serial number S3301711; a Springfield Hellcat 9mm firearm, bearing serial number BB107559.

8. Agents also discovered evidence of firearm manufacturing in the Residence, including a kiln, Dremel tools, jigs designed to manufacture firearms, metal shavings, clay forms, and raw metal ingot that matched the material composition of the metal MCDs installed in the PMFs. Agents also discovered multiple workstations and a test-fire apparatus in the backyard.

9. Based on my training and experience, the test-fire apparatus was designed to allow firearms to be test fired while reducing the likelihood that the gunfire would be detected by ShotSpotter technology. The presence of the manufacturing equipment and test-fire apparatus was consistent with the manufacture and testing of firearms and MCDs at the Residence, including testing whether firearms equipped with MCDs fired fully automatically.

10. Law enforcement subsequently function-tested the PMFs recovered with MCDs installed. Based on those tests, law enforcement determined that the PMFs were capable of firing fully automatically—that is, they were capable of firing more than one shot automatically, without manual reloading, by a single function of the trigger. Law enforcement also tested the remaining MCDs by installing them on semiautomatic firearms and determined that the MCDs rendered those firearms capable of firing fully automatically.

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that Lance Ricardo Dwyer knowingly possessed machineguns, in violation of Title 18, United States Code, Section 922(o).

Respectfully submitted,

Alexis J Kelly
Special Agent, ATF, Badge Number #2930

Attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 via telephone this 12th day of August 2026.

HONORABLE YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER:** 1:26-mj-03469-Hernandez

**BOND RECOMMENDATION**

DEFENDANT: Lance Ricardo Dwyer

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: AUSA: Nadia Rossbach

Last Known Address: [redacted]

What Facility:

Agent(s): S/A Alexis J. Kelly
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (OTHER)
ATF